Presented to the Court by the foreman of the Grand Jury in open Court, in the presence of the Grand Jury and FILED in the U.S. DISTRICT COURT at Seattle, Washington

October 20, 2021

RAVI SUBRAMANIAN, Clerk

By _____ Deputy

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| UNITED STATES OF AMERICA, | NO. CR21-171 JCC |
|---|---|
| Plaintiff | **INDICTMENT** |
| v. | |
| DAVID CABRALES SOLIS and ROBERTO BETANCOURT, | |
| Defendants. | |

The Grand Jury charges that:

## COUNT ONE

**(Conspiracy to Distribute and Possess with Intent to Distribute Controlled Substances)**

Beginning on a date unknown, but no later than on or about September 13, 2021, and continuing until at least on or about October 6, 2021, in King County, within the Western District of Washington, and elsewhere, DAVID CABRALES SOLIS and ROBERTO BETANCOURT, and others known and unknown, did knowingly and intentionally conspire to distribute and possess with intent to distribute substances controlled under Title 21, United States Code, Section 812, to wit, N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propenamide (fentanyl), methamphetamine, and heroin.

Indictment - 1
*United States v. Cabrales Solis, et al.*

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

1    It is further alleged that as to DAVID CABRALES SOLIS and ROBERTO BETANCOURT, their conduct as members of the conspiracy charged in Count One, which includes the reasonably foreseeable conduct of other members of the conspiracy charged in Count One, involved 400 grams and more of a mixture or substance containing a detectable amount of fentanyl, 500 grams and more of a mixture and substance containing a detectable amount of methamphetamine, its salts, isomers, and salts of its isomers, and 100 grams and more of a mixture and substance containing a detectable amount of heroin.

All in violation of Title 21, United States Code, Sections 841(a)(1), (b)(1)(A), (b)(1)(B) and 846.

## COUNT TWO

**(Possession of Controlled Substances with Intent to Distribute)**

On or about October 6, 2021, within King County, in the Western District of Washington, DAVID CABRALES SOLIS and ROBERTO BETANCOURT did knowingly and intentionally possess, and did aid and abet the possession of, with the intent to distribute, substances controlled under Title 21, United States Code, Section 812, to wit, N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propenamide (fentanyl), methamphetamine, and heroin.

It is further alleged that the offense involved 400 grams and more of a mixture and substance containing a detectable amount of fentanyl.

It is further alleged that the offense involved 500 grams and more of a mixture and substance containing a detectable amount of methamphetamine, its salts, isomers, and salts of its isomers.

It is further alleged that the offense involved 100 grams and more of a mixture and substance containing a detectable amount of heroin.

The Grand Jury further alleges that this offense was committed during and in furtherance of the conspiracy charged in Count One, above.

Indictment - 2
*United States v. Cabrales Solis, et al.*

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

All in violation of Title 21, United States Code, Section 841(a)(1), (b)(1)(A), and (b)(1)(B) and Title 18, United States Code, Section 2.

## ASSET FORFEITURE ALLEGATIONS

The allegations contained in this Indictment are realleged and incorporated by reference for the purpose of alleging forfeiture.

Upon conviction of one or both of the offenses alleged in Counts One and Two, the defendants shall forfeit to the United States, pursuant to Title 21, United States Code, Section 853, any property that constitutes or is traceable to proceeds of the offense, as well as any property that facilitated the offense. This property includes, but is not limited to, a sum of money reflecting the proceeds each defendant obtained from the offense.

**Substitute Assets**. If any of the property described above, as a result of any act or omission of the defendants,

    a. cannot be located upon the exercise of due diligence;
    b. has been transferred or sold to, or deposited with, a third party;
    c. has been placed beyond the jurisdiction of the Court;
    d. has been substantially diminished in value; or,
    e. has been commingled with other property which cannot be divided without difficulty;

//

Indictment - 3
*United States v. Cabrales Solis, et al.*

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

it is the intent of the United States to seek the forfeiture of any other property of the defendants, up to the value of the above-described forfeitable property, pursuant to Title 21, United States Code, Section 853(p).

A TRUE BILL:

DATED: 20 October 2021

*Signature of Foreperson redacted pursuant to the policy of the Judicial Conference of the United States.*

FOREPERSON

NICHOLAS W. BROWN
United States Attorney

THOMAS M. WOODS
Assistant United States Attorney

PHILIP KOPCZYNSKI
Assistant United States Attorney

Indictment - 4
*United States v. Cabrales Solis, et al.*

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970