THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. CR21-0171-JCC |
| Plaintiff, | ORDER |
| v. | |
| DAVID CABRALES SOLIS and ROBERTO BETANCOURT, | |
| Defendants. | |

This matter comes before the Court on Defendants' unopposed joint motion to continue the trial date and pretrial motions deadline. (Dkt. No. 29.) Trial in this case is currently set for December 20, 2021. (Dkt. Nos. 27, 28.)

Defendants indicate their counsel need additional time to meet with Defendants (with an interpreter) to go over the documents and videos included in the Government's initial production and discuss what potential issues may exist that can be presented to the Court through pretrial motions. (Dkt. No. 29 at 2.) Defendants further indicate that a continuance will provide defense counsel the time needed to discuss sentencing consequences with Defendants to allow them the opportunity to make an informed and intelligent decision of how to proceed. (*Id.*)

Having thoroughly considered the briefing and the relevant record, the Court FINDS that the ends of justice served by granting a continuance outweigh Defendants' and the public's

ORDER
CR21-0171-JCC
PAGE - 1

interests in a speedy trial. *See* 18 U.S.C. § 3161(h)(7)(A). The reasons for this finding are:

1. Taking into account the exercise of due diligence, a failure to grant a continuance would deny Defendants' counsel the reasonable time necessary for effective preparation. *See* 18 U.S.C. § 3161(h)(7)(B)(iv).
2. Failure to grant a continuance would likely result in a miscarriage of justice. *See* 18 U.S.C. § 3161(h)(7)(B)(i).

Accordingly, the Court ORDERS as follows:

a) Defendants' motion (Dkt. No. 29) is GRANTED.
b) The December 20, 2021 jury trial is CONTINUED to June 6, 2022.
c) The pretrial motions deadline is CONTINUED until May 5, 2022.
d) The period from the date of this order until June 6, 2022 is an excludable period under 18 U.S.C. § 3161(h)(7)(A).

DATED this 22nd day of November 2021.

*[signature]*

John C. Coughenour
UNITED STATES DISTRICT JUDGE