THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>DAVID CABRALES SOLIS, *et al.*,<br><br>　　　　　　Defendants. | CASE NO. CR21-0171-JCC<br><br>ORDER |

This matter comes before the Court on Defendants' motion to continue trial and pretrial motions deadlines (Dkt. No. 32). Having thoroughly considered the motion and the relevant record, the Court hereby GRANTS the motion.

Trial in this matter is set for June 6, 2022. (Dkt. No. 31.) Defendants seek a continuance, citing the need for more time to review voluminous discovery, investigate potential defenses, consider pretrial motions, and adequately prepare for trial. (Dkt. No. 32 at 2.) They further indicate that the Government does not object to their motion. (*Id.* at 1.)

Based on the foregoing, the Court FINDS that the ends of justice served by granting the requested continuance outweigh the best interests of Defendants and the public in a speedy trial. *See* 18 U.S.C. § 3161(h)(7)(A). This finding is based on the following:

1.　A failure to grant a continuance in this case would likely result in a miscarriage of justice, as set forth in 18 U.S.C. § 3161(h)(7)(B)(i);

ORDER
CR21-0171-JCC
PAGE - 1

2. Taking into account the exercise of due diligence, a failure to grant a continuance would deny counsel the reasonable time necessary for effective preparation due to the need for more time to review and analyze discovery, consider possible defenses, and research and prepare pretrial motions, as set forth in § 3161(h)(7)(B)(iv); and

3. The additional time requested is a reasonable period of delay.

It is therefore ORDERED as follows:

1. The motion for a continuance (Dkt. No. 32) is GRANTED.

2. The current trial date is CONTINUED to November 28, 2022;

3. Pretrial motions will be due November 1, 2022.

4. Parties should consult the Court's Chambers Procedures posted on its website for detailed instructions regarding pretrial submissions and trial procedure.

5. The time from the date of this order until the November 28, 2022 trial date is an excludable period under 18 U.S.C. § 3161(h)(7)(A).

DATED this 13th day of May 2022.

_____
John C. Coughenour
UNITED STATES DISTRICT JUDGE