THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　Plaintiff,<br><br>　　v.<br><br>DAVID CABRALES SOLIS, *et al.*,<br><br>　　　　　　　Defendants. | CASE NO. CR21-0171-JCC<br><br>ORDER |

　　　This matter comes before the Court on Defendants' unopposed motions to continue trial (Dkt. Nos. 36, 39). Having thoroughly considered the briefing and the relevant record, the Court hereby GRANTS the motions to continue.

　　　Trial in this matter is set for November 28, 2022. (Dkt. No. 34.) Defendants seek a continuance, citing the need for more time to review discovery and prepare for trial. (Dkt. Nos. 36 at 1–3, 39 at 1.) Based on the foregoing, the Court FINDS that the ends of justice served by granting the requested continuance outweigh Defendants' and the public's interests in a speedy trial. *See* 18 U.S.C. § 3161(h)(7)(A). This finding is based on the following: (a) The failure to grant a continuance here would likely result in a miscarriage of justice, as set forth in 18 U.S.C. § 3161(h)(7)(B)(i); (b) taking into account the exercise of due diligence, the failure to grant a continuance would also deny counsel the reasonable time necessary for effective preparation due to the need for more time to review and analyze discovery, consider possible defenses, and

research and prepare pretrial motions, as set forth in § 3161(h)(7)(B)(iv); and (c) the additional time requested results in a reasonable period of delay.

It is therefore ORDERED as follows:

1. The motions (Dkt. Nos. 36, 39) are GRANTED;

2. The current trial date is CONTINUED to January 23, 2023;

3. Pretrial motions will be due December 14, 2022; and

4. The time from the date of this order until the January 23, 2023 trial date is an excludable period under 18 U.S.C. § 3161(h)(7)(A).

DATED this 14th day of November 2022.

John C. Coughenour
UNITED STATES DISTRICT JUDGE